1  e. robert (bob) wallach, esq. (SBN 29078) erobertbob@sbcglobal.net
   Lawyer-Counselor
2  Law Offices of e. robert (bob) wallach, P.C.
   P. O. Box 2670
3  San Francisco, CA  94126-2670
   155 Jackson Street, No. 602
4  San Francisco, CA  94111
   415-989-6445
5
   Alan L. Barry, Esq. (*pro hac vice*) abarry@bellboyd.com
6  Amy G. O'Toole (*pro hac vice*) aotoole@bellboyd.com
   Noelle J. Day, Esq. (*pro hac vice*) nday@bellboyd.com
7  BELL, BOYD & LLOYD LLC
   70 West Madison Street, Suite 3100
8  Chicago, IL  60602
   312-372-1121
9  Fax: 312-827-8000

10 Jeffrey W. Shopoff (SBN 46278) jws@shopoff.com
   Gregory S. Cavallo (SBN 173270) gsc@shopoff.com
11 Shopoff & Cavallo LLP
   353 Sacramento Street, Suite 1040
12 San Francisco, CA  94111
   Telephone:  (415) 984-1975
13
   *Attorneys for Plaintiffs Sharper Image Corporation and Zenion Industries, Inc.*
14

15              **UNITED STATES DISTRICT COURT**

16         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

17                       **OAKLAND DIVISION**

| | |
|---|---|
| SHARPER IMAGE CORPORATION and ZENION INDUSTRIES INC., | **Lead Case No. 02-4860 CW (Consolidated)** |
| Plaintiffs, | **STIPULATED ORDER OF PARTIAL DISMISSAL** |
| v. | Hearing Date/Time: N/A |
| HONEYWELL INTERNATIONAL INC. and KAZ, INC., | |
| Defendants. | |
| SHARPER IMAGE CORPORATION, | **Case No. 04-0529 CW** |
| Plaintiff, | |
| v. | |
| KAZ, INC., | |
| Defendant. | |

MP3 20136988.1

1                                            STIPULATED ORDER OF PARTIAL DISMISSAL
                                                        LEAD CASE NO. 02-4860 CW

**STIPULATED ORDER OF PARTIAL DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and by a written settlement agreement of Sharper Image Corporation, Zenion Industries, Inc., with Honeywell International Inc., and the Court being fully advised in the premises, **IT IS HEREBY ORDERED THAT:**

1. The Court has jurisdiction over the subject matter of these actions and over the parties and shall retain jurisdiction over the parties for purposes of enforcing the aforementioned written settlement agreement.

2. All claims asserted in these actions against Honeywell International Inc. ("Honeywell") are dismissed with prejudice.

3. All declaratory judgment counterclaims asserted by Honeywell in these actions are dismissed with prejudice.

4. The following claims of the Consolidated Amended Complaint asserted against Kaz, Inc. ("Kaz"), and corresponding claims from Lead Case No. 02-4860 CW, are dismissed with prejudice with respect to the Environizer and Environizer Compact products (Honeywell Model Nos. 90100 and 90200 respectively), as well as the Environizer Ultra product: Count I (infringement of U.S. Patent No. 4,789,801); Count II (infringement of U.S. Patent No. 6,176,977); Count III (infringement of U.S. Patent No. 6,350,417); and Count VII (trade dress infringement).

5. Count VIII (unfair competition) of the Consolidated Amended Complaint asserted against Kaz is dismissed with prejudice only with respect to the Environizer and Environizer Compact product.

6. Each party shall bear its own costs and attorneys' fees with respect to the dismissed claims.

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2

3  DATE: May 27, 2005 /s/ Noelle J. Day (electronically filed)

4  Alan L. Barry
   Amy G. O'Toole
5  Noelle J. Day
   Bell, Boyd & Lloyd LLC

6
   e. robert (bob) wallach (SBN 29078)
7  Lawyer-Counselor
   Law Offices of e. robert (bob) wallach, P.C.
8
   Jeffrey W. Shopoff (SBN 46278)
9  Gregory S. Cavallo (SBN 173270)
   Shopoff & Cavallo LLP
10
   *Counsel for Sharper Image Corporation and
11 Zenion Industries, Inc.*

12

13 Date: May 27, 2005 /s/ Cole M. Fauver (electronically signed)

14 William H. Manning, Esq.
   Munir R. Meghjee, Esq.
15 Cole M. Fauver, Esq.
   Robins, Kaplan, Miller & Ciresi LLP
16
   John P. Bovich, Esq.
17 Reed, Smith, LLP
   Two Embarcadero Center, Suite 2000
18 San Francisco, CA   94111
   (415) 543-8700
19
   *Counsel for Honeywell International Inc.*
20

21

22 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23 Date: __6/2/05_____  /s/ CLAUDIA WILKEN

24 Honorable Claudia Wilken
   United States District Court Judge
25

26

27

28

3   STIPULATED ORDER OF PARTIAL DISMISSAL
    LEAD CASE NO. 02-4860 CW

MP3 20136988.1